**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

THELMA WILLIAMS, JR.                                          PLAINTIFF

V.                          CASE NO. 4:10CV00143 JMM/BD

CROUCH, *et al.*                                             DEFENDANTS

<u>**RECOMMENDED DISPOSITION**</u>

**I.      <u>Procedure for Filing Objections</u>:**

        The following recommended disposition has been sent to United States District

Judge James M. Moody.  Any party may file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the

objection.  If the objection is to a factual finding, specifically identify that finding and the

evidence that supports your objection.  An original and one copy of your objections must

be received in the office of the United States District Court Clerk no later than fourteen

(14) days from the date of this recommendation.  A copy will be furnished to the

opposing party.  Failure to file timely objections may result in waiver of the right to

appeal questions of fact.

        Mail your objections and "Statement of Necessity" to:

          Clerk, United States District Court
          Eastern District of Arkansas
          600 West Capitol Avenue, Suite A149
          Little Rock, AR 72201-3325

II.     **Discussion**:

Plaintiff, an inmate formerly housed at the Pulaski County Regional Detention Facility ("PCRDF"), and now incarcerated at the Arkansas Department of Correction, Diagnostic Unit, filed this action pro se under 42 U.S.C. § 1983.  (Docket entry #2)

Plaintiff previously moved to proceed *in forma pauperis* in this lawsuit.  (#1) Because he is considered a "three striker" under 28 U.S.C. § 1915(g) and failed to allege that he was in imminent harm of serious physical injury, the Court denied Plaintiff's motion and ordered him to pay the $350.00 statutory filing fee in order to proceed with his case (#3).  Plaintiff appealed that Order.  (#10)  The Eighth Circuit Court of Appeals ordered Plaintiff to pay the entire filing fee of $455.00 on or before April 1, 2010, in order to process his appeal (#13).  Plaintiff has failed to pay the appellate filing fee.   He has also failed to pay the $350.00 filing fee of this Court.

Because Plaintiff has failed to comply with this Court's order requiring him to pay the filing fee in this matter, his claims should be dismissed without prejudice.  In addition, Plaintiff's motion to amend his complaint (#21) should be denied as moot.[1]

---

[1]  The Court notes in Plaintiff's motion to amend, he requests that Deputy Lawson be added as a party to this lawsuit.  Plaintiff alleges that Deputy Lawson has retaliated against him for filing this lawsuit.  Importantly, in the motion, Plaintiff fails to allege that he is in imminent harm of serious physical injury.

**III.**   <u>**Conclusion**</u>**:**

The Court recommends that Plaintiff's Complaint (#2) be dismissed without

prejudice, this 8th day of April, 2010.

_____

UNITED STATES MAGISTRATE JUDGE