IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THELMA WILLIAMS, JR.**                                             **PLAINTIFF**

V.                 **CASE NO. 4:10CV00143 JMM/BD**

**CROUCH,** *et al.*                                             **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion for temporary restraining order (docket entry #17) is DENIED.

IT IS SO ORDERED, this   19   day of   April  , 2010.

_____
UNITED STATES DISTRICT JUDGE