# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THELMA WILLIAMS, JR.**                                                                 **PLAINTIFF**

**V.**                        **CASE NO. 4:10CV00143 JMM/BD**

**CROUCH,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this   19   day of  April , 2010.


_____
UNITED STATES DISTRICT JUDGE